Case #24-CV-09-JL-TSM

Motion to Subpeana evidence

2/7/24

FILED - USDC -NH
2024 FEB 13 PM 12:35

The prison has been aware of this issue since December and they havent acted or interviewed me about it, or had investigations informed until today (2/7/24) when I spoke with cheif Hammer who was given false information that had to be rectified. They should not of waited so long and likly are only speaking of it to me now is that they found out it was made a case. They have a habit of running the clock and then saying its too late to investigate. They are constantly looking for ways to void issues than actually deal with them. I feel it is pertinant to assertaine the recording of the conversation with cheif Hammer today to put into context how little they have done about this issue, not only was he not aware of it till today they didnt even have the right name proving they do not take it seriously and have not done any work or investigating about this issue.